# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TONY MICHAEL SIMPSON, )<br>)<br>Defendant. ) | No. 12-03027-01-CR-S-RED |

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Five and admission to Forfeiture Allegation One contained in the Indictment filed on April 3, 2012, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offenses. Sentencing will be set by subsequent Order of the Court.

                                                                                                                    */s/ Richard E. Dorr*
                                                                                                                    **RICHARD E. DORR**
                                                                                       **UNITED STATES DISTRICT JUDGE**

Date: January 2, 2013